ALLEN *v.* SULLIVAN ET AL.

[No. 27,261. Filed October 23, 1939. Modified November 20, 1939.]

*Charles Melton,* and *Frank Hamilton,* for appellant.

*C. J. Murphy, Beasley, O'Brien, Lewis & Beasley,* for appellees.

*Saul I. Rabb,* amicus curiae.

FANSLER, C. J.—The appellant began a proceeding supplemental to execution. A demurrer was sustained upon the ground that chapter 296 of the Acts of 1937 (Acts 1937, p. 1348) is unconstitutional. The question presented is the same as in

*Spangler* v. *Bolinger, ante* p. 28, and, upon authority of that case, the judgment is reversed, with instructions to overrule the demurrer.

### On Petition to Modify Opinion

FANSLER, C. J.—The appellant has filed a petition asking that the opinion heretofore filed be modified, and that we decide whether the act in question (Acts 1937, ch. 296, p. 1348) applies to a judgment obtained since July 1, 1937, where such judgment is based upon a prior judgment.

The appellees have not favored us with a brief upon any question. Appellant says in his brief: "The language contained in Chapter 296, Acts 1937, is plain, simple, concise, explicit, and unambiguous, viz: 'Any judgment obtained prior to July 1, 1937.' There is no need, basis or room for construction." We quite agree, and, since appellees made no contention to the contrary, it was assumed to be unnecessary to mention the question. We construe the act to mean that it applies to any judgment obtained on or after July 1, 1937. This would include a judgment based upon a former judgment,